IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRENT TOWNLEY, 06159-028,** | ) |
| **Plaintiff,** | ) |
| vs | ) Case No.   3:03-cv-618-MJR |
| **TIMOTHY ADESAYNA, et al.,** | ) |
| **Defendant.** | ) |

## ORDER

The above entitled cause is hereby set for a **FINAL PRETRIAL CONFERENCE** before the **Hon. Donald G. Wilkerson** on **May 4, 2007,** at **1:30 p.m.**, to be held at the **United States District Court**, **750 Missouri Avenue, East St. Louis, Illinois** in **Courtroom No. 4**.

IT IS HEREBY ORDERED that the Clerk of the Court for the Southern District of Illinois shall issue a Writ of Habeas Corpus Ad Testificandum and deliver the same to the United States Marshal in order to ensure the presence of the plaintiff as set forth above.

Date:   March 23, 2007

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**