# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **BRENT TOWNLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No.: 3:03-cv-618-MJR** |
| | ) | |
| **TIMOTHY ADESAYNA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## CERTIFICATION

This case is certified as being ready for a trial setting.

**SO ORDERED.**

**DATED:  May 4, 2007**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**